UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MISSOURI

WESTERN DIVISION

| | |
|---|---|
| Lanard Toys Limited<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>Menard, Inc.<br><br>and<br><br>RMS International (USA) Inc.<br><br>　　　　　　　Defendant.<br><br>Menard, Inc. and RMS International (USA), Inc.<br><br>　　　　　　　Counterclaimants,<br><br>　vs.<br><br>Lanard Toys, Limited,<br><br>　　　　　　　Counterdefendant, | CASE NO. 4:17-cv-00550-SRB<br><br>**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>**[FED. R. CIV. P. RULE 41(a)(1)(A)(ii)]**<br><br>*[Proposed] Order Lodged* |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Lanard Toys Limited ("Lanard") and defendants Menard, Inc. ("Menard") and RMS International (USA), Inc. ("RMS") file this stipulation of dismissal and hereby jointly stipulate to dismiss all claims in this action in their entirety with prejudice. All parties shall bear their own costs and fees.

///

-1-
**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

SO STIPULATED

Dated: November 6, 2017                Respectfully Submitted,

By:  */s/ Craig J. Mariam*
     Craig J. Mariam
     *Admitted Pro Hac Vice*
     Reid E. Dammann,
     *Admitted Pro Hac Vice*
     Karin A. Curtis,
     *Admitted Pro Hac Vice*
     Gordon & Rees LLP
     633 West Fifth Street, 52nd Floor
     Los Angeles, CA 90071
     rdammann@grsm.com
     kcurtis@grsm.com
     Phone:  (213) 576-5000
     Attorneys for Plaintiff and Counter-Defendant Lanard Toys Limited

By:  /s/ Jeffrey A. Lindenbaum
     Jeffrey A. Lindenbaum
     COLLEN IP
     The Holyoke-Manhattan Building
     80 South Highland Avenue
     Ossining, New York 10562
     (914) 941 5668
     (914) 941-6091 (facsimile)
     jlindenbaum@collenip.com

     Douglas R. Dalgleish, MO# 35203
     Victoria L. Smith MO# 41915
     Stinson Leonard Street LLP
     1201 Walnut, Suite 2900
     Kansas City, MO 64106
     816.842.8600 || 816.691.3495 [F]
     Doug.dalgleish@stinson.com
     Vicki.smith@stinson.com
     6Attorneys for Defendants and Counter-Claim Plaintiffs Menard, Inc. and RMS International (USA) Inc.

## CERTIFICATE OF SERVICE

A copy of the foregoing was filed on ECF and served thereby on counsel of record for the other parties on November 6, 2017.

*/s/ Craig J. Mariam*
Counsel for Plaintiff

1139788/35593306v.1

Case 4:17-cv-00550-SRB   Document 21   Filed 11/06/17   Page 3 of 3
**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**